


## Inmate Information

| | |
|---|---|
| Inmate Number: | 259596 |
| Inmate Name: | GRAY,BENNIE JR |
| Date of Birth: | 5/30/1979 |
| Latest Admission Date: | 6/16/2022 |
| Current Location: | EXTRADITION OFFICER |
| Status: | SENTENCED |
| Bond Amount: | 0 |
| Controlling Offense*: | SALE OF HALLUCIGEN/NARCOTIC SUBSTANCE F |
| Date of Sentence: | 7/8/2019 |
| Maximum Sentence: | 7 Year(s) 0 Month(s) 0 Day(s) |
| Maximum Release Date: | 8/29/2025 |
| Estimated Release Date: | Not Applicable |
| Special Parole End Date: | Not Applicable |
| Detainer: | FEDERAL |
| **Register with Connecticut Statewide Automated Victim Information and Notification (CT SAVIN)** | |
| CT SAVIN is a free, confidential service that gives crime victims and members of the community information about an offender's case. | |

Due to possible changes in the application of Risk Reduction Earned Credits, release dates may be subject to change.

*The inmate may be serving time for additional offenses. You can check the judicial website.